THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SOM BOUN CAM, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's unopposed Motion to Continue Revocation Hearing (filing 46), now set for April 20, 2007, at 1:00 p.m. Defendant's motion shall be granted.

IT IS ORDERED:

1. Defendant's unopposed Motion to Continue Revocation Hearing (filing 46) is granted, and the revocation hearing is continued until further order of the court;

2. Counsel shall contact my judicial assistant, Kris Leininger, on Monday, April 23, 2007, to reschedule the revocation hearing.

April 19, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge