IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:02CR3131 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
|  | ) | **ORDER** |
| SOM BOUN CAM, | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Cam's revocation hearing is rescheduled to Wednesday, May 16, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

    April 20, 2007.        BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge