IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:02CR3131 |
| | ) | |
| SOM BOUN CAM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 51, now set for May 16, 2007, at 1:00 p.m. until a date certain in approximately 30 - 45 days.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 5th day of July, 2007, at 1:00 p.m.  The defendant is ordered to appear at such time.

May 11, 2007.                                        BY THE COURT:

                                                                s/ *Richard G. Kopf*
                                                                United States District Judge