IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No. 4:02CR3131 |
| ) | |
| SOM BOUN CAM,   ) | |
| ) | |
| Defendant.   ) | |

## **ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 57, now set for July 5, 2007, at 1:00 p.m. until a date certain in approximately 90 days. The Court, being fully advised in the premises and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until Thursday, October 4, 2007, at 1:00 p.m. The defendant is ordered to appear at such time.

ORDERED this 26th day of June, 2007.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge