IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:02CR3131 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SOM CAM, ) | **AMENDED ORDER** |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on defendant's Motion to Review Detention, filing 55.  The Court, being fully advised in the premises and noting that the government and probation office have no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released on July 2, 2007, to a member of the Federal Public Defender's office, to participate in treatment at Campus for Hope. **The United States Marshal's office shall supply the defendant with a 30 day supply of medication.**

IT IS FURTHER ORDERED that the defendant shall follow all conditions of supervised release previously imposed, including but not limited to, successfully completing long-term treatment at Campus for Hope.  The defendant shall immediately report to the nearest United States Marshal's office upon being unsuccessfully discharged from Campus for Hope.

June 27, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge