IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SOM BOUN CAM, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notification from the Probation Officer that the defendant has violated his release conditions,

IT IS ORDERED that the United States Marshals Service shall arrest the defendant and present him to me.  The Clerk of Court shall issue an arrest warrant if requested by the United States Marshal.

September 26, 2007.                BY THE COURT:

                                                              s/ *Richard G. Kopf*
                                                              United States District Judge